**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**August 22, 2003**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 02-60953
Summary Calendar
_____

MAVANANE HEWA GEORGE DE SILVA,

Petitioner,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A71 500 279
--------------------

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Mavanane Hewa George De Silva petitions for review of the

Board of Immigration Appeals' decision dismissing his appeal from

the immigration judge's decision to deny his application for

asylum, withholding of deportation, and relief under the

Convention Against Torture. He argues that the Board of

Immigration Appeals erred when it concluded that he had not been

the victim of past persecution and that his fear of being

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

persecuted upon removal was not well-founded.  We have reviewed the record and the briefs and determine that the Board's decision is supported by substantial evidence and that the evidence in the record does not compel a contrary conclusion.  See INS v. Elias-Zacarias, 502 U.S. 478, 483-84 (1992); Mikhael v. INS, 115 F.3d 299, 302 (5th Cir. 1997).  Accordingly, the petition for review is DENIED.